Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 MAY -7 AM 9: 26

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ KNH _____ DEPUTY

MATTHEW LA MADRID d.b.a. VISION QUEST INVESTMENTS, a Sole Proprietorship; PREMIUM RETURN FUND LIMITED LIABILITY LIMITED PARTNERSHIP, LLLP, a Nevada Domestic Limited Partnership; PREMIUM RETURN FUND II LIMITED LIABILITY LIMITED PARTNERSHIP, LLLP, a Nevada Domestic Limited Partnership; PREMIUM RETURN FUND III LIMITED LIABILITY LIMITED PARTNERSHIP, LLLP, a Nevada Domestic Limited Partnership; PLUS MONEY, INC., a Nevada Domestic Corporation;

vs

HERIBERTO LOPEZ PERALES, an individual; DONALD E. LOPEZ, an individual; HREIDAR BJORNSSON, an individual; MAARTEN VAN LEENEN, an individual; H&W PRICE LESS, INC., a Texas Corporation; PALLADIUM HOLDING COMPANY, a Colorado Corporation; and NEW VIKING, INC., a Delaware Corporation; and DOES 1-50.

**SUMMONS IN A CIVIL ACTION**
Case No.

'08 CV 0823 BEN POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Joseph N. Casas
Casas law Group, P.C.
2323 Broadway, San Diego, CA 92102

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAM[SEAL]

MAY 07 2008

By _____ , Deputy Clerk          DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)